**DISMISS and Opinion Filed May 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00594-CV

**ERNEST BANKAS, Appellant**
**V.**
**MAUREEN BANKAS, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-13471**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Before the Court is appellant's May 19, 2014 motion to withdraw his notice of appeal.

Appellant no longer wishes to pursue the appeal. Accordingly, we grant appellant's motion and

dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

140594F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ERNEST BANKAS, Appellant

No. 05-14-00594-CV     V.

MAUREEN BANKAS, Appellee

On Appeal from the 301st Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DF-09-13471.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, MAUREEN BANKAS, recover her costs of this appeal from appellant, ERNEST BANKAS.

Judgment entered May 22, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE